# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS WORTH DIVISION

| | |
|---|---|
| COURTNEY S. JONES, | |
| Plaintiff, | Case No. 3:21-cv-03242 |
| v. | |
| LOCKHART, MORRIS & MONTGOMERY,, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, COURTNEY S. JONES, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, LOCKHART, MORRIS & MONTGOMERY,, with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: February 18, 2022

Respectfully submitted,

**COURTNEY S. JONES**

*/s/ Marwan R. Daher*
Marwan R. Daher
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mdaher@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify on February 18, 2022, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

*/s/ Marwan R. Daher*